UNITED STATES BANKRUPTCY COURT
DISTRICT OF MINNESOTA

In re:

Dale F. Schmidt and
Terri E. Schmidt,

BKY 11-41377

    Debtors.

Schmidt Electric Service, Inc.
and Dale F. Schmidt,

ADV 11-4102

    Plaintiffs,

  -v.-

Klein Bank,

AMENDED[1] ORDER DENYING MOTION

    Defendant.
_____

At Minneapolis, Minnesota, April 22, 2011.

This adversary proceeding came on for hearing on April 20, 2011, on Klein Bank's motion to remand following removal. Appearances were as noted on the record. Based upon the files, records and proceedings herein, and following the close of argument, the court orally stated and recorded in open court its decision. Accordingly,

    IT IS HEREBY ORDERED THAT Klein Bank's motion is DENIED.

/e/ Nancy C. Dreher
Nancy C. Dreher
United States Bankruptcy Judge

NOTICE OF ELECTRONIC ENTRY AND
FILING ORDER OR JUDGMENT
Filed and Docket Entry made on *04/22/2011*
Lori Vosejpka, Clerk, by KK

---

[1] This amended order is being issued solely to correct the caption reflected via the amended notice of removal.